# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEAN MARIE CUNNINGHAM** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 12-6654** |
| v. | : | |
| | : | |
| **NOVO NORDISK** | : | |
| *Defendant* | : | |

# O R D E R

**AND NOW,** this 1st day of April 2014, upon consideration of Defendant's *motion for summary judgment* [ECF 19], Plaintiff's response thereto [ECF 22], the reply [ECF 23], and consistent with the memorandum opinion filed on this day, it is hereby **ORDERED** that said motion is **GRANTED** and this action is dismissed with prejudice. The Clerk of Court is directed to mark this case closed for statistical purposes.

BY THE COURT:

_____
NITZA I. QUIÑONES ALEJANDRO, J.